### EILERT v. GORDON.

(Supreme Court, Appellate Term. March 10, 1910.)

PARTIES (§ 6*)—PERSONS WHO MAY SUE—"REAL PARTY IN INTEREST."

   Under Code Civ. Proc. § 449, permitting actions to be prosecuted in the name of the "real party in interest," a publisher of a periodical owned by an unincorporated association having thousands of members was authorized to sue for printing an advertisement under a contract in the form of a written authority on a printed blank addressed to "the publishers" of such periodical.

   [Ed. Note.—For other cases, see Parties, Cent. Dig. §§ 6–8; Dec. Dig. § 6.*

   For other definitions, see Words and Phrases, vol. 7, pp. 5938, 5939; vol. 8, p. 7779.]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Ernest F. Eilert against W. Lindsey Gordon. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before SEABURY, GUY, and WHITNEY, JJ.

Isaac N. Miller, for appellant.
Meisel & Bolles, for respondent.

PER CURIAM. Plaintiff is the publisher of the Luther League Review. Defendant advertised therein. The contract was in the form of written authority, on a printed blank addressed to "the publishers of the Luther League Review," accepted by printing the advertisement. The Review is owned by the Luther League, an unincorporated re-

ligious association said to have 80,000 members. We think that plaintiff was authorized to sue under Code Civ. Proc. § 449; Considerant v. Brisbane, 22 N. Y. 389, 395; Albany & Rensselaer Co. v. Lundberg, 121 U. S. 451, 453, 7 Sup. Ct. 958, 30 L. Ed. 982.

The judgment is affirmed, with costs.